JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL R. HERRERA, | ) Case No. CV 15-2003-JFW (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2015

JOHN F. WALTER
U.S. DISTRICT JUDGE